UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**ELIZABETH RUBIN, etc.,**

    **Plaintiff,**

**v.**                                      **Case No.  8:05-cv-690-T-30TBM**

**CITY OF TEMPLE TERRACE, et al.,**

    **Defendants.**
_____/

## **ORDER OF DISMISSAL**

THIS CAUSE comes before the Court *sua sponte*.  An Order (Dkt. #7) was entered on May 26, 2005, which granted the Plaintiff twenty days in which to file an Amended Complaint if she could allege facts that constitute a viable cause of action.  An Amended Complaint has not been filed.  In accordance with same, it is **ORDERED AND ADJUDGED** as follows:

    1.    This cause is dismissed without prejudice.

    2.    All pending motions are denied as moot.

    3.    The Clerk is directed to close this case.

    **DONE** and **ORDERED** in Tampa, Florida on June 21, 2005.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Even\2005\05-cv-690.dismissal.wpd