**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**ELIZABETH RUBIN, etc.,**

    **Plaintiff,**

**v.**                                  **Case No.  8:05-cv-690-T-30TBM**

**CITY OF TEMPLE TERRACE, et al.,**

    **Defendants.**
_____/

## ORDER OF DISMISSAL

Before the Court is the Joint Motion for Order of Dismissal With Prejudice (Dkt. #43). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. Said Motion (Dkt. #43) is GRANTED.

2. This cause is dismissed with prejudice, with each party to bear their own attorneys' fees and costs.

3. All pending motions are denied as moot.

4. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on March 16, 2006.

                                                        JAMES S. MOODY, JR.
                                                        UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2005\05-cv-690.dismissal.wpd